**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 22, 2022**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00481-CV

### WM TRUCKING & EXCAVATING, INC., Appellant

### V.

### SPRINT SAND AND CLAY, LLC, Appellee

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 17-DCV-240294**

## MEMORANDUM OPINION

This is an appeal from a judgment signed April 6, 2022. On November 14, 2022, appellant filed a motion, joined by appellee, to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.